UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendant. | No. 2:14-cv-1925 AC P<br><br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The instant action was transferred to this district from the Northern District of California on August 19, 2014. ECF No. 13. In its Order of Transfer, District Judge Orrick construed petitioner's 28 U.S.C. § 2254 petition as a civil rights action pursuant to 42 U.S.C. § 1983 because plaintiff "raises civil rights claims against the Office of Appeals of the C.D.C.R. in Sacramento or against the appeals coordinators at Sacramento State Prison." ECF No. 12. Accordingly, the instant action was opened in this district as a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 10. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison

1  trust account statement for the six month period immediately preceding the filing of his
2  complaint.
3      In accordance with the above, IT IS HEREBY ORDERED that:
4      1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;
5      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
6  Forma Pauperis By a Prisoner; and
7      3.  Plaintiff shall submit, within thirty days from the date of this order, a completed
8  application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result
9  in a recommendation that this action be dismissed without prejudice.
10 DATED: August 25, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2